UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

        Plaintiff,

-vs-                                                  **Case No.    03-Cr-2**
                                                              **USCA        03-4047**

**LELAND B. HALL**,

        Defendant.

## ORDER

        The above-captioned case has been remanded by the Seventh Circuit Court of Appeals to this Court on a limited basis in accordance with the case of *United States v. Paladino*, 401 F.3d 471, 7th Cir. (Ill), Feb. 25, 2005.

        Accordingly, counsels for the respective parties are ordered to submit their views in writing as to whether this Court should or would, if required to resentence, reimpose the original sentence or impose a different sentence. Counsels shall submit any responses within 30 days.

        Dated at Milwaukee, Wisconsin, this 15th day of September, 2005.

                                                      SO ORDERED,

                                                    s/ Rudolph T. Randa
                                                    **HON. RUDOLPH T. RANDA**
                                                    Chief Judge